Maija M. Druffel, WSBA #43314
Robert F. Greer, WSBA #15619
Megan C. Clark, WSBA #46505
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201
Telephone: 509-747-9100
Facsimile: 509-623-1439
Attorneys for Plaintiffs

HONORABLE MARY K. DIMKE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW ERICKSON, individually, and CRAIG BELFIELD, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ENVIRO TECH CHEMICAL SERVICES, INC., a California Corporation, d/b/a Organiclean, <br><br> Defendant. | NO. 1:23-cv-03118 MKD <br><br> PLAINTIFFS' LIST OF TRIAL WITNESSES |

Plaintiffs Andrew Erickson and Craig Belfield ("Plaintiffs"), by and through their attorneys of record, Maija M. Druffel, Megan C. Clark and Robert F. Greer, of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.,

Plaintiffs' List of Trial
Witnesses – Page 1

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201  (509) 747-9100

pursuant to Court Order (ECF No. 58), hereby submits the following list of trial witnesses:

## I. LAY WITNESSES

Plaintiffs intends to call the following lay witnesses at the time of trial:

1. Andrew Erickson
   c/o Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.
   618 West Riverside Avenue, Suite 210, Spokane, Washington 99201
   (509) 747-9100

Mr. Erickson is one of the Plaintiffs in this matter. He has personal knowledge of the claims and allegations asserted in the Second Amended Complaint ("SAC").

2. Craig Cleveringa
   c/o Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.
   618 West Riverside Avenue, Suite 210, Spokane, Washington 99201
   (509) 747-9100

Mr. Cleveringa is one of the Plaintiffs in this matter. He has personal knowledge of the claims and allegations asserted in the SAC.

3. Jerry Jones
   c/o Etter, McMahon, Lamberson
   Van Wert & Oreskovich, P.C.
   618 West Riverside Avenue, Suite 210
   Spokane, WA 99201
   (509) 747-9100

Mr. Jones is the former owner of PME, which company he sold to

Plaintiffs' List of Trial Witnesses – Page 2

ETTER, MᶜMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Plaintiff. He has knowledge of Mr. Duran's employment with PME and, subsequently, Plaintiff. Mr. Jones' knowledge includes, but is not limited to, development of customer accounts, work logistics, job duties, and industry standards. Mr. Jones also has knowledge of Plaintiff's operations, finances, and customer relations, as well as the details relating to the sale of PME to Plaintiff. Mr. Jones was deposed by Defendants and his testimony is further detailed therein.

4.     Brett Jansen
       c/o Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.
       618 West Riverside Avenue, Suite 210, Spokane, Washington 99201
       (509) 747-9100

Ms. Jansen worked as an employee of the OrganiClean Partnership. She has personal knowledge of the claims and allegations asserted in the SAC, including: the partnership agreement with Defendants; the development, marketing and sale of the OrganiClean Products; the trademark protection over the OrganiClean Products and the use permitted thereby; and the Defendants breach of the partnership agreements and infringement of the trademarks

Plaintiffs' List of Trial Witnesses – Page 3

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

5. Alexander Olsen
c/o Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210, Spokane, Washington 99201
(509) 747-9100

Mr. Olsen worked as an employee of the OrganiClean Partnership. He has personal knowledge of the claims and allegations asserted in the SAC, including: the partnership agreement with Defendants; the development, marketing and sale of the OrganiClean Products; the trademark protection over the OrganiClean Products and the use permitted thereby; and the Defendants breach of the partnership agreements and infringement of the trademarks.

6. Trinity Hammond
CPA, Director of Finance
Enviro Tech, an Arxada Company
500 Winmoore Way, Modesto, CA 95358

Ms. Hammond was or is the Director of Finance at Defendant Enviro Tech. She is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

Plaintiffs' List of Trial Witnesses – Page 4

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

7.  Brent Bankosky
    Vice President
    Enviro Tech, an Arxada Company
    500 Winmoore Way, Modesto, CA 95358

Mr. Bankosky is or was the Vice President of Defendant Enviro Tech. He is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership; and the profits received by Defendant for the sale of the OrganiClean Products.

8.  Jon Howarth
    Senior Vice President Technology
    Enviro Tech, an Arxada Company
    500 Winmoore Way, Modesto, CA 95358

Mr. Howarth was or is the Senior Vice President of Technology of Defendant Enviro Tech. He is believed to have information and knowledge regarding the OrganiClean Partnership; the OrganiClean Products; the financial conditions of the OrganiClean Partnership; and the profits received by Defendant for the sale of the OrganiClean Products.

Plaintiffs' List of Trial Witnesses – Page 5

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

9.  Aaron Harvey
    Enviro Tech, an Arxada Company
    500 Winmoore Way, Modesto, CA 95358

Mr. Aaron Harvey was or is an employee of Defendant Enviro Tech. He is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

10. Brian Harvey
    Corporate Sales Manager
    Enviro Tech, an Arxada Company
    500 Winmoore Way, Modesto, CA 95358

Mr. Brian Harvey was or is the Corporate Sales Manager of Defendant Enviro Tech. He is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

Plaintiffs' List of Trial Witnesses – Page 6

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

11.  Rich Silveira
     Supply Chain Director
     Enviro Tech, an Arxada Company
     500 Winmoore Way, Modesto, CA 95358

Mr. Silveira was or is the Supply Chain Director of Defendant Enviro Tech. He is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

12.  Naomi Aguillar
     Customer Service Director
     Enviro Tech, an Arxada Company
     500 Winmoore Way, Modesto, CA 95358

Ms. Aguillar was or is the Customer Service Director of Defendant Enviro Tech. She is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean

Plaintiffs' List of Trial Witnesses – Page 7

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

    13.    Tina Texeira
               Enviro Tech, an Arxada Company
               500 Winmoore Way, Modesto, CA 95358

Ms. Texeira was or is an employee of Defendant Enviro Tech. She is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

    14.    Ray Coen
               Enviro Tech, an Arxada Company
               500 Winmoore Way, Modesto, CA 95358

Mr. Coen was or is an employee of Defendant Enviro Tech. He is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

Plaintiffs' List of Trial Witnesses – Page 8

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

15. Jane Smith
    Enviro Tech, an Arxada Company
    500 Winmoore Way, Modesto, CA 95358

Ms. Smith was or is an employee of Defendant Enviro Tech. She is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

16. Lindsay Gaarde
    Organic Certification and EPA Compliance Director
    Enviro Tech, an Arxada Company
    500 Winmoore Way, Modesto, CA 95358

Ms. Gaarde was or is an employee of Defendant Enviro Tech. She is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

Plaintiffs' List of Trial Witnesses – Page 9

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

17.  Stephanie Paulido
     Enviro Tech, an Arxada Company
     500 Winmoore Way, Modesto, CA 95358

Ms. Paulido was or is an employee of Defendant Enviro Tech. She is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

18.  Teena Ortiz
     Enviro Tech, an Arxada Company
     500 Winmoore Way, Modesto, CA 95358

Ms. Ortiz was or is an employee of Defendant Enviro Tech. She is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

Plaintiffs' List of Trial Witnesses – Page 10

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

19.   Maddison Flanders
      Enviro Tech, an Arxada Company
      500 Winmoore Way, Modesto, CA 95358

Ms. Flanders was or is an employee of Defendant Enviro Tech. She is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

20.   Carley Thompson
      Regulatory Affairs Specialist
      Enviro Tech, an Arxada Company
      500 Winmoore Way, Modesto, CA 95358

Ms. Thompson was or is an employee of Defendant Enviro Tech. She is believed to have information and knowledge regarding the OrganiClean Partnership; the agreement to split profits; establishing the d/b/a of OrganiClean; establishing a bank account to deposit the net profits from sales of OrganiClean products; and the financial conditions of the OrganiClean Partnership and the profits received by Defendant for the sale of the OrganiClean Products.

Plaintiffs' List of Trial Witnesses – Page 11

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## II. EXPERT WITNESSES

1. Scott H. Martin, CPA/ABV,ASA
   9.S Washington ST., Suite 600
   Spokane, WA 99201
   509-323-0272

Mr. Martin is a forensic economist who has analyzed and calculated Plaintiffs' lost profits and other damages sustained by Mr. Erickson and Mr. Belfield in they claim against Enviro Tech Chemical Service. Mr. Martins's opinions have been expressed in two reports, dated November 14, 2024 and March 11, 2025, respectively, copies of which reports have been provided to Defendants.

RESPECTFULLY SUBMITTED this 15th day of August 2025.

                            ETTER, MCMAHON, LAMBERSON,
                            VAN WERT & ORESKOVICH, P.C.

                            */s/ Maija M. Druffel*
                            Maija M. Druffel, WSBA #43314
                            Robert F. Greer, WSBA #15619
                            Megan C. Clark, WSBA #46505

Plaintiffs' List of Trial Witnesses – Page 12

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201  (509) 747-9100

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

Signed this 15th day of August 2025 in Spokane, WA.

By: /s/ *Maija M. Druffel*
Maija M. Druffel

Plaintiffs' List of Trial Witnesses – Page 13

ETTER, M<sup>c</sup>MAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100