1
2
3   Maija M. Druffel, WSBA #43314          HONORABLE MARY K. DIMKE
    Robert F. Greer, WSBA #15619
4   Megan C. Clark, WSBA #46505
5   Etter, McMahon, Lamberson,
6    Van Wert & Oreskovich, P.C.
7   618 West Riverside Avenue, Suite 210
8   Spokane, WA  99201
    Telephone:  509-747-9100
9   Facsimile:  509-623-1439
10  Attorneys for Plaintiffs
11
12
13          IN THE UNITED STATES DISTRICT COURT
14          EASTERN DISTRICT OF WASHINGTON
15
16  ANDREW ERICKSON, a married          Case No.: 1:23-cv-03118 MKD
    man, and CRAIG BELFIELD, a
17  married man,
18                                      JOINT STATUS REPORT
19          Plaintiffs,
20  vs.
21
22  ENVIRO TECH CHEMICAL                Second Pre-Trial Conference:
    SERVICES, INC., a California        December 22, 2025
23  Corporation, d/b/a Organiclean,
24
25
            Defendant.
26
27      The parties, through their undersigned counsel, submit the instant Joint
28
29  Status Report setting forth the outstanding issues for the Court's consideration at
30
31  the second pre-trial conference set for December 22, 2025, at 1:00 p.m. via zoom.
32
    JOINT STATUS REPORT - 1

                                        ETTER, McMAHON, LAMBERSON,
                                        VAN WERT & ORESKOVICH, P.C.
                                        618 WEST RIVERSIDE AVENUE, SUITE 210
                                        SPOKANE, WASHINGTON 99201   (509) 747-9100

**Plaintiffs' Outstanding Issues**

1.      Whether Defendant's Responses to Plaintiffs' Objections to Defendant's Amended List of Trial Exhibits (ECF No. 141) filed on December 9, 2025 should be stricken by the Court because it violates this Court's Second Amended Scheduling Order (ECF No. 58) requiring Defendant, as the party seeking admission of the exhibit[s], to file a response to Plaintiffs' Objections (ECF No. 131) within five days.

2.      Whether the following of Defendant's Amended Exhibits should be excluded pursuant to the Court's Ruling (ECF No. 137 at 4:8-11) that exhibits involving costs allegedly incurred by Defendant post termination of the alleged Partnership (January 1, 2022)are excluded: 1048A; 1049C; 1049E;  1050B – E; 1051D; 1052B – C; 1053B – C; 1055B – D; 1057C; 1057E; 1058A – C; 1060B – C; 1061B; 10962B; 1064B; 1066A; 1067B; 1068D – L; 1069B – D; 1070B; 1071B; 1072B; 1073D – E; 1074B; 1075C; 1076C – D; 1077B; 1078B; 1079C; 1080C – D; 1081B; 1082B – D; 1083B – C; 1084C; 1085B – C; 1087D – E; 1088B – E; 1089B; 1091B – C; 1092B; 1093B; 1094B; 1095B; 1096B – C; and 1097B – D.

3.      Defendant's Amended Exhibit 1101, currently under review by the Court.

JOINT STATUS REPORT - 2

ETTER, M<sup>C</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

1
2

**<u>Defendant's Outstanding Issues</u>**

3

None at this time.

4
5
6

RESPECTFULLY SUBMITTED this 12th day of December 2025.

7
8
9
10

                ETTER, McMAHON, LAMBERSON,
                VAN WERT & ORESKOVICH, P.C.

11
12
13

                By:___/s/ Maija M. Druffel_____

14

                Maija M. Druffel, WSBA No. 43314

15

                Megan C. Clark, WSBA No. 46505
                Attorneys for Plaintiffs

16
17
18

                SHOOK, HARDY, & BACON, LLP

19
20

                By:___/s/ Steve Rich_____

21

                Steve Rich WSBA No. 48444

22

                Hunter K. Ahern WSBA No. 54489

23

                Attorneys for Defendants

24
25
26
27
28
29
30
31
32

JOINT STATUS REPORT - 3

1
2 I hereby certify under penalty of perjury that on this 12th day of December 2025,
3
4 I electronically filed the foregoing document with the Clerk of the Court using the
5 CM/EC System, which will send notification of such filing to all attorneys of
6
7 record in this matter.
8
9
10                                  Rebekah R. Daw
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

JOINT STATUS REPORT - 4

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100