# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW ERICKSON, individually, and CRAIG BELFIELD, individually,<br><br>Plaintiffs,<br>-vs-<br>ENVIRO TECH CHEMICAL SERVICES, INC., a California Corporation, doing business as Organiclean,<br><br>Defendant. | Case No.   1:23-CV-03118-MKD<br><br>CIVIL MINUTES<br><br>DATE: DECEMBER 22, 2025<br>LOCATION: RICHLAND VIDEO CONFERENCE<br><br>FINAL PRETRIAL CONFERENCE |

| Honorable Mary K. Dimke | | |
|---|---|---|
| Cora Vargas | 01 | Crystal Gonzalez |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Maija Druffel<br>Megan Clark | | Steven Rich |
| **Plaintiffs' Counsel** | | **Defendant's Counsel** |

**[X] Open Court**               **[ ] Chambers**               **[ ] Video conference**

The Court informed counsel that after reviewing the *ex parte* submission regarding Exhibit 1101, the Court has determined that the exhibit has been appropriately redacted.

Counsel confirmed that no other outstanding issues exist for the Court to rule on prior to trial.

The Court advised counsel that if trial is not complete by January 9, 2026, the Court will recess to hear other matters and resume with trial on another date. Due to the Court's limited available trial days, trial will likely conclude at 5:00 p.m. each day, with minimal and/or short breaks.

**[ ] ORDER FORTHCOMING**

| CONVENED: 1:08 P.M. | ADJOURNED: 1:12 P.M. | TIME: :04 HR. | CALENDARED [ ] |
|---|---|---|---|