# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW ERICKSON, individually, and CRAIG BELFIELD, individually,<br><br>　　　　　　Plaintiffs,<br><br>-vs-<br><br>ENVIRO TECH CHEMICAL SERVICES, INC., a California Corporation, doing business as Organiclean,<br><br>　　　　　　Defendant. | Case No.　　1:23-CV-03118-MKD<br><br>CIVIL MINUTES<br><br>DATE:　　JANUARY 7, 2026<br>LOCATION:　RICHLAND<br><br>BENCH TRIAL – DAY 2 |

| | | |
|---|---|---|
| | **Honorable Mary K. Dimke** | |
| Cora Vargas | 01 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Maija Druffel<br>Megan Clark | | Steven Rich |
| **Plaintiffs' Counsel** | | **Defendant's Counsel** |

**[X] Open Court**　　　　　　**[ ] Chambers**　　　　　　**[ ] Video conference**

Andrew Erickson resumed testimony, previously sworn to testify on 01/06/2025

- Cross examination by Mr. Rich (Exhibits 1021, 1024, 1011, 1013, 1012, 1104, 1002 discussed and admitted; Exhibits 1015, 14, 9, 12, 8, 1003, 1041-B, 25 discussed; admission of Exhibit 1003 held in abeyance)

Recess:　　　10:17 a.m.
Reconvene:　10:35 a.m.

Andrew Erickson resumed testimony

- Redirect by Ms. Druffel (Exhibits 1015, 1012, 25 discussed; Exhibit 1041-B discussed and admitted)
- Recross by Mr. Rich
- Witness stepped down

Ms. Clark advised that she and Mr. Rich stipulated as to the qualifications of Mr. Martin and Mr. Partin as experts. Mr. Rich concurred.

# [ ]　ORDER FORTHCOMING

| CONVENED: | 8:38 A.M. | ADJOURNED: | 10:17 A.M. | | | | |
|---|---|---|---|---|---|---|---|
| | 10:35 A.M. | | 11:52 A.M. | | | | |
| | 12:08 P.M. | | 12:24 P.M. | TIME: | 4:38 HR. | CALENDARED | [ ] |
| | 1:46 P.M. | | 2:20 P.M. | | | | |
| | 2:54 P.M. | | 3:27 P.M. | | | | |
| | 3:52 P.M. | | 4:11 P.M. | | | | |

**Scott H. Martin, CPA/ABV, ASA, sworn to testify** (11:08 a.m.)

- Direct examination by Ms. Clark (Exhibit 26 discussed and admitted)
- Witness stepped down and exited courtroom to allow the Court and counsel to address an issue outside the presence of the witness

Reess:         11:52 a.m.
Reconvene:   12:08 p.m.

After hearing argument from counsel regarding Mr. Martin's deposition, the Court excluded any testimony relating to the subject matters in which Mr. Martin indicated were on hold and no additional information to the contrary was subsequently provided to defense counsel.

Recess:        12:24 p.m.
Reconvene:   1:46 p.m.

Ms. Clark advised that counsel have agreed to the entirety of Michael Harvey's deposition testimony being admitted as an exhibit, and that all attachments may be considered for context but not evidence unless it's an exhibit admitted during trial. Mr. Rich concurred.

**Court Ruling**: Michael Harvey's deposition is admitted as Plaintiffs' Exhibit 36. The deposition itself is admitted as substantive evidence, and the attachments are available for the Court's consideration only to provide context for the questions asked during the deposition but are not substantive evidence in and of themselves unless they are separately admitted as exhibits during trial.

Scott H. Martin, CPA/ABV, ASA, resumed testimony

- Cross examination by Mr. Rich (Exhibit 1042 Attachment 7 discussed)
- Redirect by Ms. Clark (Exhibit 1042 Attachment 7 discussed)
- Witness stepped down

Plaintiffs rested. (2:15 p.m.)

The Court and counsel discussed the scope of Mr. Thome's testimony as either a Rule 30(b)(6) witness or fact witness.

Recess:        2:20 p.m.
Reconvene:   2:54 p.m.

Ms. Druffel and Mr. Rich informed the Court that they have reached an understanding regarding Mr. Thome's testimony, and they are ready to proceed.

**Theodore Thome, Director of Financial Planning and Analysis for Enviro Tech, sworn to testify** (2:57 p.m.)

- Direct examination by Mr. Rich (Exhibit 1042 discussed)
- Examination of witness by Court regarding Exhibit 1042
- The Court and counsel discussed admissibility of Exhibit 1042

Recess:        3:27 p.m.
Reconvene:   3:52 p.m.

After hearing additional argument from counsel regarding admissibility of Exhibit 1042, the Court excluded Exhibit 1042 in its entirety but will rule on individual spreadsheets within the exhibit on a case-by-case basis.

Ms. Clark requested permission for Mr. Martin to testify by video if Plaintiffs present a rebuttal case.
No objection by Mr. Rich.
**Court Ruling**: Mr. Martin is permitted to testify by video if needed.

Trial to resume at 8:15 a.m. on January 8, 2026.