# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW ERICKSON, individually, and CRAIG BELFIELD, individually,<br><br>                   Plaintiffs,<br><br>-vs-<br><br>ENVIRO TECH CHEMICAL SERVICES, INC., a California Corporation, doing business as Organiclean,<br><br>                   Defendant. | Case No.     1:23-CV-03118-MKD<br><br>CIVIL MINUTES<br><br>DATE:     JANUARY 8, 2026<br>LOCATION:     RICHLAND<br><br>BENCH TRIAL – DAY 3 |

| **Honorable Mary K. Dimke** | | |
|:---:|:---:|:---:|
| Cora Vargas | 01 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Maija Druffel<br>Megan Clark | | Steven Rich |
| **Plaintiffs' Counsel** | | **Defendant's Counsel** |

[X] Open Court              [ ] Chambers              [ ] Video conference

The Court inquired whether counsel object to any expert(s) not present in the courtroom listening to and observing trial through Zoom – no objection.

Theodore Thome, Director of Financial Planning and Analysis for Enviro Tech, resumed testimony, previously sworn to testify on 1/7/2026

- Direct examination by Mr. Rich continued (Exhibit 26 – referred to as attachment 7 of Exhibit 1042, and the regulatory filings tab, labor estimates tab, and marketing expenses tab within Exhibit 1042 discussed; 2 banker boxes containing Exhibits 1048 – 1098 were shown to witness to verify the boxes appear to contain the documents produced relating to regulatory administrative costs).
    - Voir dire of witness by Ms. Druffel
    - Ms. Druffel published deposition transcript of witness
    - The Court heard argument from counsel regarding Ms. Druffel's objection to testimony relating to percentages for direct and indirect costs.

Recess:        9:21 a.m.
Reconvene:    12:03 p.m.

- After reviewing the record, the Court ruled that testimony regarding percentages for direct and indirect costs is allowed, but Exhibit 1042 remains excluded.

# [ ] ORDER FORTHCOMING

| CONVENED: 8:18 A.M.<br>12:03 P.M.<br>1:38 P.M.<br>3:02 P.M. | ADJOURNED: 9:21 A.M.<br>1:18 P.M.<br>2:51 P.M.<br>3:11 P.M. | TIME:   3:40 HR. | CALENDARED   [ X ] |

- Cross examination by Ms. Druffel (Exhibit 1042 – Attachment 7 (also referred to as Exhibit 26) and the labor estimates tab, discussed)

Recess:      1:18 p.m.
Reconvene:   1:38 p.m.

**William Partin, CPA/ABV/MAFF/CFE, sworn to testify**

- Direct examination by Mr. Rich (Exhibit 1107 discussed)
- Cross examination by Ms. Druffel
- Witness stepped down and was excused

The Court denied Mr. Rich's request to admit the demonstrative chart that he drew during and based on Mr. Thome's testimony, which was also referenced during Mr. Partin's testimony.

Defense rested.

The Court denied Defendant's request to admit Exhibit 1003, which was previously reserved. The Court noted that the document is also an attachment to Mr. Harvey's deposition, and while the attachments are not admitted as evidence, the Court is allowed to review the attachments to provide context regarding the testimony.

Recess:      2:51 p.m.
Reconvene:   3:02 p.m.

Ms. Druffel indicated Plaintiffs are not presenting a rebuttal case.

The Court and counsel discussed remainder of trial schedule and time needed for closing arguments.

Following the Court's comments regarding issues the Court would like counsel to address in their closing arguments, counsel opted to resume with closing arguments on January 9, 2026 at 8:00 a.m.