# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW ERICKSON, individually, and CRAIG BELFIELD, individually,<br><br>        Plaintiffs,<br>-vs-<br>ENVIRO TECH CHEMICAL SERVICES, INC., a California Corporation, doing business as Organiclean,<br><br>        Defendant. | Case No.  1:23-CV-03118-MKD<br><br>CIVIL MINUTES<br><br>DATE:  JANUARY 9, 2026<br>LOCATION: RICHLAND<br><br>BENCH TRIAL – DAY 4 |

| Honorable Mary K. Dimke | | |
|---|---|---|
| Cora Vargas | 01 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Maija Druffel<br>Megan Clark | | Steven Rich |
| **Plaintiffs' Counsel** | | **Defendant's Counsel** |

[X] Open Court   [ ] Chambers   [ ] Video conference

Closing argument by Ms. Clark.

  Recess:  9:27 a.m.
  Reconvene: 9:43 a.m.

Closing argument by Mr. Rich.

  Recess:  10:23 a.m.
  Reconvene: 11:03 a.m.

Rebuttal argument by Ms. Clark.

Rebuttal argument by Mr. Rich.

Additional rebuttal argument by Ms. Clark regarding Plaintiffs' unjust enrichment claim.

The case was submitted to the Court. The Court anticipates issuing a decision within 30 days.

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 7:59 A.M.<br>      9:43 A.M.<br>      11:03 A.M. | ADJOURNED: 9:27 A.M.<br>       10:23 A.M.<br>       11:55 A.M. | TIME: 3:00 HR. | CALENDARED [ ] |