AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ANDREW ERICKSON and CRAIG BELFIELD

*Plaintiff*

v.   Civil Action No. 1:23-CV-03118-MKD

ENVIRO TECH CHEMICAL SERVICES, INC.,
a California Corporation, d/b/a OrganiClean

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 150, the Court FINDS AND CONCLUDES that Plaintiffs have failed to meet their burden of proving the existence of a legal partnership but are nonetheless equitably entitled to an award of $100,000 each, for the unremunerated benefits each Plaintiff conferred upon Defendant. As the prevailing parties, Plaintiffs may brief whether they are entitled to attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke.

Date: 2/13/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*